IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROOSEVELT PARKS,

        Petitioner,

v.                                                                          4:07cv493-WS

WALTER A. MCNEIL,

        Respondent.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed May 9, 2008.  See Doc. 15.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed without prejudice.  Petitioner has advised the court (doc. 17) that he does not object to the magistrate judge's report and recommendation.

      Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 15) is hereby ADOPTED and incorporated by reference into this order.

      2.  The respondent's motion to dismiss (doc. 9) is GRANTED.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DISMISSED WITHOUT PREJUDICE.

3. The clerk shall enter judgment accordingly and shall sent the petitioner the Eleventh Circuit's form application for leave to file a second or successive petition.

DONE AND ORDERED this   24th   day of    June   , 2008.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE