IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROOSEVELT PARKS,

    Petitioner,

v.                                            4:07cv493-WS

WALTER A. McNEIL,
Secretary, Department of Corrections,

    Respondent.

_____

<u>ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION</u>

Before the court is the magistrate judge's report and recommendation docketed October 20, 2008.  <u>See</u> Doc. 26.  The magistrate judge recommends that the petitioner's "Motion of Action" be granted, that the judgment entered June 25, 2008, be vacated, and that the case be remanded to the magistrate judge for further proceedings. No objections to the report and recommendation have been filed.

Having carefully considered the report and recommendation, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2.  The petitioner's "Motion of Action"—construed as a motion for relief from

judgment under Rule 60(b) of the Federal Rules of Civil Procedure (doc. 20)—is GRANTED.

    3. The court's order and judgment (docs. 18 & 19) docketed June 25, 2008, are VACATED and SET ASIDE.

    4. The clerk shall reopen the case and shall refer it to the magistrate judge for further proceedings.

    DONE AND ORDERED this __12th__ day of __November__, 2008.

                  s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE