IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROOSEVELT PARKS,

       Petitioner,

v.                                                               4:07cv493-WS

WALTER A. McNEIL, as
Secretary, Department of Corrections,
State of Florida,

       Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 10, 2009. See Doc. 47. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. The petitioner has filed objections (doc. 49) to the magistrate judge's report and recommendation.

Upon review of the record, in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation must be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 47) is hereby ADOPTED and incorporated by reference into this order.

2. The petitioner's petition for writ of habeas corpus (doc. 1) is DENIED.

3. The clerk shall enter judgment accordingly.

DONE AND ORDERED this <u>  25th  </u> day of <u>   August   </u>, 2009.


<pre>                              s/ William Stafford
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE</pre>